WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Michelle Annette Abril,<br><br>    Defendant. | CR-02-50166-PHX-SMM<br><br><br><br>**ORDER** |

A detention hearing on the Petition on Supervised Release was held on October 9, 2008.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

| | |
|---|---|
| 1 | **IT IS ORDERED** that the Defendant shall be detained pending further order of the |
| 2 | court. |
| 3 | DATED this 14th day of October, 2008. |
| 4 | |
| 5 | |
| 6 | *Lawrence O. Anderson* |
| 7 | Lawrence O. Anderson<br>United States Magistrate Judge |